UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERY STARR, | CASE No. <u>26-CV-3082</u> |
| Plaintiff, | |
| -against- | |
| OPENAI GROUP PBC, | |
| Defendant. | |

Plaintiff has filed a letter motion seeking leave to maintain Exhibit 1 to the Complaint under seal. At the same time, Plaintiff proposes, as an alternative, that a redacted public version of Exhibit 1 could be filed. This appears to be an implicit acknowledgement that certain portions of Exhibit 1 could be made available on the public docket without implicating the concerns articulated in the letter motion. Accordingly, so that the Court can properly evaluate this application, Plaintiff is hereby directed to file a proposed redacted version of Exhibit 1 by no later than May 15, 2026. The proposed redacted filing should redact only those portions of Exhibit 1 that, in Plaintiff's view, contain "nonpublic confidential proprietary material," the disclosure of which would cause the harms set forth in the letter motion. The Clerk of Court is directed to mail a copy of this memo endorsement to the *pro se* Plaintiff.

Dated: May 4, 2026

Dated: April 15, 2026

**LETTER**

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

To the Clerk of Court:

Plaintiff Avery Starr, proceeding pro se, respectfully requests leave to file Exhibit 1 under seal, or alternatively to file a redacted public version and an unredacted sealed version.

Exhibit 1 contains nonpublic confidential proprietary material central to this action, including Plaintiff's business proposal, product architecture, pricing structure, commercialization strategy, legal structure, rollout sequence, and related intellectual-property content. Public disclosure of Exhibit 1 would reveal the very confidential material that Plaintiff alleges was misappropriated and would cause further harm by destroying confidentiality, impairing Plaintiff's remaining commercial position, and exposing proprietary business information to the public and to market participants.

1

Plaintiff therefore respectfully requests that Exhibit 1 not be placed on the public docket and instead be maintained under seal pending the Court's ruling on this request. In the alternative, Plaintiff requests leave to submit a redacted public version of Exhibit 1 and an unredacted version under seal.

Thank you for your consideration.

Respectfully submitted,

Avery Starr, Pro Se

Phone: (914) 269-8869
averystarr@yahoo.com
669 Main St
Unit #429
New Rochelle, NY 10801