UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERY STARR, | |
| Plaintiff, | |
| -against- | 26-CV-3082 (JGLC) |
| OPENAI GROUP PBC, | **ORDER** |
| Defendant. | |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **June 25, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: June 11, 2026
　　　　White Plains, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge